# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER PIERCE,** | ) |
| **Petitioner,** | ) |
| v. | ) CIV-06-654-R |
| **RAY ROBERTS, et al.,** | ) |
| **Respondents.** | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered July 20, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the petition for a writ of habeas corpus actually brought pursuant to 28 U.S.C. § 2241 herein is summarily DISMISSED.

**It is so ordered this 18th day of August, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE